CHARLES PFEIL, Appellant, *v.* AUGUST C. HASSELBUSH et al., Respondents.

Submitted March 5, 1937; decided March 23, 1937.

*Albert C. Jordan* for appellant.

*John L. Crandell* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.